PLYMOUTH v. GLEN RAVEN MILLS

No. 84P98

Case below: 128 N.C.App. 533

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

PRUITT v. POWERS

No. 119P98

Case below: 128 N.C.App. 585

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

ROANOKE PROPERTIES LTD. PART. v.
ROANOKE HARBOUR, INC.

No. 11P98

Case below: 128 N.C.App. 185

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.

SMITH v. PRIVETTE

No. 83P98

Case below: 128 N.C.App. 490

Motion by plaintiffs (Smith, Cahall, & Newman) to dismiss Notices of Appeal allowed 6 May 1998.

STATE v. BASDEN

No. 159A93-2

Case below: Duplin County Superior Court

Petitioner's motion is allowed for the limited purpose of remanding this case to the Superior Court, Duplin County, for reconsideration of the discovery issue in light of this Court's opinion in *State v. Bates*, 348 N.C. 29, —— S.E.2d ——, 1998 WL 1151 (April 3, 1998) (No. 145A91-3); in all other respects, the motion is denied 7 May 1998.